IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SIMONE D. TEIXEIRA -MCCRAY )
)
        Plaintiff, )
)
vs. )
)
NATIONAL NOTE OF UTAH, LC )
)
        Defendant. )
)

Case No. 3:12-cv-00089RRB

### ORDER

It is ordered that the above entitled and captioned case is dismissed subject to the plaintiff receiving her allotted distributed share from the United States District Court, District of Utah Central Division, case number 2:12-CV-591 BSJ.

January 3, 2017                /s/ RALPH R. BEISTLINE
Date                                  Judge of the U.S. District Court